

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00306-CV

———————————————

JOHN DEMBROSKY, Appellant

V.

ANDRONICA DOTIE, INDIVIDUALLY AND AS HEIR OF JERIS ANN DOTIE,
Appellee

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-342127-23

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant John Dembrosky's Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: September 26, 2024